# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:11cv311
## [Criminal Case No. 1:09cr12]

| | |
|---|---|
| MICHAEL BRUCE DARCY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court on the Government's Motion for Extension of Time [Doc. 6] and the Petitioner's Motion Requesting a Ruling on the Government's Motion [Doc. 8].

In the Petitioner's most recent filing [Doc. 8], he asks the Court to issue a ruling on the Government's first Motion for Extension of Time which was filed on February 22, 2012. [Doc. 3]. The Court entered an Order, however, granting the Government's first motion on March 5, 2012. [Doc. 5]. The docket shows that the Clerk of Court served the Petitioner with a copy thereof by United States mail. In the pending motion, the Petitioner states that he did not receive a copy of that Order. [Doc. 8]. As a result, the Clerk of Court mailed a second copy of the Order to the Petitioner on April 20, 2012.

For the reasons stated in the Government's second motion for an extension of time, it will be granted.

**IT IS, THEREFORE, ORDERED** that the Government's Motion for Extension of Time [Doc. 6] is hereby **GRANTED** and the Government may file response on or before May 14, 2012.

**IT IS FURTHER ORDERED** that Petitioner's Motion for a Ruling [Doc. 8] is hereby **DENIED** as moot.

Signed: April 24, 2012

Martin Reidinger
United States District Judge