# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| **Michael Bruce Darcy,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 1:11-cv-00311-MR |
| | ) | 1:09-cr-00012-MR-DLH |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| | ) | |
| Respondent(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 9, 2015 Order.

January 9, 2015

Frank G. Johns, Clerk
United States District Court